John H. Weidner, Appellant, *v.* Edward F. Ronan et al., Respondents.

Argued November 12, 1940; decided November 26, 1940.

*A. E. Gold* for appellant.

*Harold S. Taylor* for Edward F. Ronan, respondent.

*Herman F. Nehlsen,* Corporation Counsel (*Samuel W. Bernstein* of counsel), for Arthur J. Ogden et al., respondents.

Judgment affirmed, without costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.